```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ALLIED
WORKERS LOCAL UNION NO. 12A and
TRUSTEES OF LOCAL 12A HEALTH AND
ANNUITY FUNDS,

16-cv-106 (JGK)

ORDER

Plaintiffs,

- against -

BENJAMIN KURZBAN & SON, INC.,

Defendant.

JOHN G. KOELTL, District Judge:

Based on the proceedings before this Court, the pleadings in this case, and the findings of the Magistrate Judge in the March 20, 2017, Report and Recommendation, it is plain that the plaintiffs are entitled to judgment against the defendant. The Report and Recommendation, to which no objection has been filed, establishes that the total amount of damages is $336,989.94. That finding is well founded, and the Court adopts it.

Therefore, the Clerk is directed to enter judgment in favor of the plaintiffs and against the defendant in the amount of $336,989.94. The Clerk is also directed to close all pending motions and to close this case.

SO ORDERED.

Dated: New York, New York
       February 7, 2018

                                    John G. Koeltl
                                    United States District Judge